UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELISSA A. A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00875-JPH-TAB |
| ) | |
| KILOLO KIJAKAZI Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Tim Baker has entered a Report and Recommendation, recommending that the Court remand Plaintiff's request for benefits to the agency.  Dkt. 19.  The parties have had the opportunity to object but have not done so.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  The Court has considered and now **ADOPTS** the Report and Recommendation.  Dkt. [19].  This case is **REMANDED**.  Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 6/9/2022

                                         *James Patrick Hanlon*
                                         James Patrick Hanlon
                                         United States District Judge
                                         Southern District of Indiana

Distribution:

Alison T. Schwartz
SOCIAL SECURITY ADMINISTRATION
alison.schwartz@ssa.gov

Timothy J. Vrana
TIMOTHY J. VRANA LLC
tim@timvrana.com

1

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov